Deverie J. Christensen (SBN 243829)
Conor J. Dale (SBN 274123)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: maylink@jacksonlewis.com
E-mail: conor.dale@jacksonlewis.com

Attorneys for Defendant
KMGP SERVICES COMPANY, INC.

Kenneth N. Frucht (SBN 178881)
Geonetta & Frucht, LLP
100 Montgomery St., Suite 1600
San Francisco, CA 94104
Telephone: (415) 433-4589
Facsimile: (415) 392-7973

Attorney for Plaintiff
RICHIE W. CORLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHIE W. CORLEY, | Case No. CV 12-3209-WHA |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE OCTOBER 11, 2012 CASE MANAGEMENT CONFERENCE HEARING AND ALL RELATED DATES** |
| v. | |
| KINDER MORGAN, INC., a corporation, et al | |
| Defendant. | Judge: Hon. William H. Alsup |
| | Complaint Filed: April 13, 2012 |

1

Case No. CV 12-3209-WHA

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CMC HEARING

The parties hereby stipulate as follows:

1. On or about August 27, 2012, the Court scheduled a Case Management Conference hearing for October 11, 2012 at 11:00 am. In its scheduling order, the Court ordered the parties to submit a joint case management conference statement not less than seven days prior to this hearing;

2. On or about September 13, 2012, defendant KMGP Services Company, Inc. ("Defendant") filed and served a motion to transfer venue pursuant to 28 U.S.C. § 1404(a) with a noticed hearing date of October 18, 2012;

3. The parties may have to attend a new case management conference in a new venue should the Court grant Defendant's motion; and

4. Continuing the case management conference hearing and all related dates until after the October 18, 2012 hearing on Defendant's motion to transfer venue will preserve the time and resources of the parties and the Court.

IT IS THEREFORE STIPULATED AND AGREED that the current October 11, 2012 case management conference hearing and all related dates be continued until after the Court has ruled on Defendant's motion to transfer venue on October 18, 2012.

**IT IS SO STIPULATED.**

Dated: September 19, 2012                JACKSON LEWIS LLP


By:     /s/ Deverie J. Christensen
Deverie J. Christensen
Conor J. Dale
Attorneys for Defendant
KMGP SERVICES COMPANY, INC.

//
//

| | |
|---|---|
| Dated: September 19, 2012 | GEONETTA & FRUCHT, LLP |
| | By: /s/ Kenneth N. Frucht |
| | Kenneth N. Frucht |
| | Attorney for Plaintiff |
| | RICHIE W. CORLEY |

**IT IS HEREBY ORDERED AS FOLLOWS:**

The October 11, 2012 case management conference hearing date is continued to October 18, 2012, at 8:00 am. All related dates such as the deadline for the parties to file a joint case management conference statement are similarly continued.

DATED: September 19, 2012

_____
Honorable William H. Alsup
United States District Court Judge

IT IS SO ORDERED AS MODIFIED
/s/ Judge William Alsup

4836-0706-1265, v. 1

## Dale, Conor J. (San Francisco)

| | |
|---|---|
| **From:** | Ken Frucht <kfrucht@gmail.com> |
| **Sent:** | Wednesday, September 19, 2012 2:10 PM |
| **To:** | Dale, Conor J. (San Francisco) |
| **Cc:** | Christensen, Deverie J. (San Francisco); Geonetta Fred |
| **Subject:** | Re: Draft Corley v. Kinder Morgan stipulations |

Looks fine Conor. Thanks for preparing this. You have my permission to file with my electronic signature. Please cc my partner on future communications.

Thanks.

Ken
On Sep 19, 2012, at 2:06 PM, Dale, Conor J. (San Francisco) wrote:

Ken-

As per our earlier discussion, please find the enclosed draft stipulations for: (1) ADR; and (2) continuing the CMC hearing date. Please also find the enclosed ADR Certificate.

If you don't have any feedback on these documents, please sign and return them to our office via fax.

Thank you.

Conor J. Dale
Attorney at Law
Jackson Lewis LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105

415.394.9400 | Phone
415.394.9401 | Fax

Conor.Dale@Jacksonlewis.com

www.jacksonlewis.com


Representing management exclusively in workplace law and related litigation

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

<ADR-Certification Sheet.docx><Joint Stipulation Continuing Case Management Conference.doc><Joint ADR Stipulation.doc>