IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHIE W. CORLEY, an individual,

    Plaintiff,

v.

KINDER MORGAN, INC., a Kansas corporation, and DOES 1–25,

    Defendants.

No. C 12-03209 WHA

**ORDER DENYING DEFENDANT'S REQUEST TO APPEAR BY TELEPHONE**

Good cause not shown, the Court **DENIES** Attorney Christensen's request to appear at the case management conference by telephone. It is very difficult to conduct hearings over the courtroom telephone.

**IT IS SO ORDERED.**

Dated: October 19, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE