Deverie J. Christensen (SBN 243829)
Conor J. Dale (SBN 274123)
JACKSON LEWIS LLP
50 California Street, 9th Floor
San Francisco, California 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: christensend@jacksonlewis.com
E-mail: conor.dale@jacksonlewis.com

Attorneys for Defendant
KMGP SERVICES COMPANY, INC.

Kenneth N. Frucht (SBN 178881)
Fredrick J. Geonetta (SBN 114824)
Lyndon Y. Chee (SBN 178842)
Geonetta & Frucht, LLP
100 Montgomery St., Suite 1600
San Francisco, CA 94104
Telephone: (415) 433-4589
Facsimile: (415) 392-7973

Attorneys for Plaintiff
RICHIE W. CORLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHIE W. CORLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KINDER MORGAN, INC., a Kansas corporation, and DOES 1-25,<br><br>Defendants. | Case No. CV 12-3209-WHA<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND FOR ENTRY OF JUDGMENT; ORDER APPROVING STIPULATION AND DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: June 20, 2012 |

It is hereby stipulated by and between the parties to this action through their designated counsel of record that the above captioned action be and hereby is dismissed with prejudice as follows:

1. That the Court order that this action be dismissed with prejudiced in its entirety as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(2) based upon the terms and conditions stated in the Settlement Agreement and General Release of Claims executed by the

parties; and,

2. ~~That any action to enforce the attached Settlement Agreement and General Release of Claims be brought in the United States District Court for the Northern District of California, to the extent of this Court's jurisdiction.~~

Dated: February 20, 2013                JACKSON LEWIS LLP

By: *[signature]*
Deverie J. Christensen
Conor J. Dale
Attorneys for Defendant
KMGP SERVICES COMPANY, INC.

Dated: February 20, 2013                GEONETTA & FRUCHT, LLP

By: *[signature]*
Kenneth N. Frucht
Fredrick J. Geonetta
Attorneys for Plaintiff
RICHIE CORLEY

2                                    Case No. CV 12-3209-WHA
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER APPROVING STIPULATION AND DISMISSAL WITH PREJUDICE

**ORDER APPROVING STIPULATION AND DISMISSAL WITH PREJUDICE**

The Court, having considered the parties' stipulation submitted herein, and good cause appearing therefore, hereby ORDERS:

1. That this action is dismissed with prejudice in its entirety as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(2) based upon the terms and conditions stated in the Settlement Agreement and General Release of Claims; and,

2. ~~That any action to enforce the parties' Settlement Agreement and General Release of Claims be brought in the United Stated District Court for the Northern District of California, to the extent of this Court's jurisdiction.~~

IT IS SO ORDERED.

Dated: February 25, 2013.

_____
William H. Alsup
United States District Court Judge

4812-0323-6626, v. 1